In the Matter of the Accounting of JOSEPH F. DALY
  et al., as Executors of AUGUSTIN DALY, Deceased.

MARY L. DALY et al., as Executors of JOSEPH F. DALY,
  Deceased, Appellants; JAMES C. DUFF, as Executor of
  MARY D. DALY, Deceased, et al., Respondents.

*Matter of Daly,* 180 App. Div. 307, affirmed.

(Argued April 23, 1918; decided May 7, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered

December 5, 1917, which modified and affirmed as modified a decree of the New York County Surrogate's Court, settling the accounts of the executors of Augustin Daly deceased, and passing upon the claims of Joseph F. Daly individually, for compensation for legal services alleged to have been rendered by him while acting as one of such executors. The only question presented by this appeal is whether he was entitled to compensation as an attorney at law for legal services, which he alleges he rendered the estate of his deceased brother prior to the enactment of chapter 443 of the Laws of 1914, providing for compensation for legal services rendered by an attorney who is also an executor, which act went into effect on September 1, 1914, and is now embodied in section 2753 of the Code of Civil Procedure. The Appellate Division held that the statute was not retroactive and that it was error to allow anything for legal services rendered by the executor prior to September 1, 1914.

*Edward H. Daly* for appellants.

*Cyrus V. Washburn, John E. Ruston* and *Clarence U. Carruth* for James C. Duff as executor, et al., respondents.

*Theodore M. Tonnelé* for Harriet Russell et al., as administrators, et al., respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.